869 A.2d 481

**Walter T. WOLFE, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 22, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2005, the order of the Commonwealth Court is AFFIRMED.